UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN ENRIQUE GOMEZ ALEJOS,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DAVID J. VENTURELLA,** *in his official* | § | |
| *capacity as* Senior Official Performing the | § | |
| Duties of the Director of U.S. Immigration | § | |
| and Customs Enforcement; **WARDEN,** | § | |
| Warden of the El Paso Camp East Montana | § | |
| Detention Facility; **JOEL GARCIA,** *in his* | § | **EP-26-CV-00665-DCG** |
| *official capacity as* Field Office Director of | § | |
| U.S. Immigration and Customs Enforcement, | § | |
| El Paso Field Office; **MARKWAYNE** | § | |
| **MULLIN,** *in his official capacity as* | § | |
| Secretary, U.S. Department of Homeland | § | |
| Security; **and TODD BLANCHE,** *in his* | § | |
| *official capacity as* Attorney General of the | § | |
| United States, | § | |
| | § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

The Court previously granted Petitioner Juan Enrique Gomez Alejos's Petition for a Writ

of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) in part.[1]  The Court now enters its Final

Judgment under Federal Rule of Civil Procedure 58.[2]

For the reasons stated in the Court's "Order Granting Petition" (ECF No. 9), the Court

**PARTIALLY GRANTS** Petitioner Juan Enrique Gomez Alejos's Petition for a Writ of Habeas

Corpus under 28 U.S.C. § 2241 (ECF No. 1).

---

[1] *See* Order Granting Pet., ECF No. 9.

[2] *See* FED. R. CIV. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**So ORDERED and SIGNED this 10th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**